## COLLINS v. SMITH

No. 85P93

Case below: 108 N.C.App. 786

Petition by defendant and third-party plaintiff (Franklin D. Smith) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

## DUNGEE v. NATIONWIDE MUTUAL INSURANCE CO.

No. 63P93

Case below: 108 N.C.App. 599

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993. Petition by defendant (Nationwide Mutual Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993. Motion by defendant (Nationwide Mutual Insurance Company) to dismiss appeal by LeVern Allen, Jr. and LeVern Allen III for lack of substantial constitutional question allowed 7 April 1993. Petition by defendants (LeVern Allen, Jr. and LeVern Allen III) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

## FERRELL v. FRYE

No. 56P93

Case below: 108 N.C.App. 521

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

## FITCH v. FITCH

No. 84P93

Case below: 108 N.C.App. 786

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.